McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and R.O. DAVID PALMER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Agent, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>LAWRENCE ING, JR., dba DAVID LINN RESOURCES,<br><br>    Respondent. | 2:06-mc-00106-MCE-GGH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: Lawrence Ing, Jr., dba David Linn Resources |
|---|---|

The United States and Revenue Officer David Palmer here petition for enforcement of an IRS summons. The matter was placed before United States Magistrate Judge Gregory G. Hollows under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On October 31, 2006, Judge Hollows issued an Order to Show Cause, ordering the respondent, Lawrence Ing, Jr., dba David Linn Resources, to show cause why the IRS summons issued to him on March 15, 2006, should not be enforced. The petition and order to show cause were sufficiently served upon respondent and respondent had actual notice of the hearing. Respondent did not file an opposition to enforcement under paragraph 6 on page 2 of the Order to Show Cause.

///

///

1

Judge Hollows presided at the show-cause hearing on June 16, 2006, at which respondent failed to appear.  On December 6, 2006, Judge Hollows filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the summons be enforced.  Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted.  Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed December 6, 2006, are ADOPTED IN FULL.

2. The I.R.S. summons issued to respondent, Lawrence Ing, Jr., dba David Linn Resources, is ENFORCED.

3. Respondent Lawrence Ing, Jr., dba David Linn Resources, is ORDERED to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer David Palmer or his designated representative, within 21 days of the issuance of this order, or at a later time and date to be set by Revenue Officer Palmer, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

It is SO ORDERED.

DATED: December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE