1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Petitioners
   UNITED STATES OF AMERICA and R.O. DAVID PALMER
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA and DAVID PALMER, Revenue Officer, Internal Revenue Service, | 2:06-mc-00106-MCE-GGH |
|---|---|
| Petitioners, | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| v. | Taxpayer: Lawrence Ing, Jr., dba David Linn Resources |
| LAWRENCE ING, JR., dba DAVID LINN RESOURCES, | Date: Thursday, March 29, 2007 Time: 10:00 a.m. |
| Respondent. | Judge: Hon. Gregory G. Hollows (8th Floor, Crtrm. #24) |

18       Upon the petition of McGREGOR W. SCOTT, United States Attorney for the Eastern

19  District of California, and the Exhibit attached thereto, including the verification of Revenue

20  Officer DAVID PALMER, it is hereby:

21       ORDERED that the Respondent, LAWRENCE ING, JR., DBA DAVID LINN

22  RESOURCES, appear before United States Magistrate Judge Gregory G. Hollows, in that

23  Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento,

24  California, on Thursday, March 29, 2007, at 10:00 a.m., and that respondent show cause as

25  follows:

26       1. Why respondent, LAWRENCE ING, JR., dba DAVID LINN RESOURCES, should

27  not be held in civil contempt of this Court for his failure to comply with the "Order Adopting

28

Findings and Recommendations and Enforcing I.R.S. Summons" filed on December 20, 2006 for I.R.S. Summons issued on March 15, 2006.

    2.  Why the respondent should not incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

    IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed December 20, 2006.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

    Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

    The Clerk shall forward copies of the Order to the Magistrate Judge, the respondent and the United States Attorney.

    It is SO ORDERED.

DATED: 2/21/07                                        /s/ Gregory G. Hollows
                                                                UNTIED STATES MAGISTRATE JUDGE

ing106.ord