IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

    Petitioners,                                          MISC S-06-0106 MCE GGH

    vs.

LAWRENCE ING, JR., dba
DAVID LINN RESOURCES,

    Respondent.                        <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for March 29, 2007, was the government's February 16, 2007 petition re: contempt of order filed December 20, 2006. Respondent filed a response. Yoshinori Himel appeared for the government. Respondent appeared in pro per. After hearing, the court issues the following order.

        Respondent was originally issued a summons to appear before Revenue Officer Palmer on March 28, 2006. Respondent did not appear or respond to the summons. On October 11, 2006, the government filed a petition to enforce IRS summons. On October 31, 2006, this court issued an order to show cause why respondent should not be compelled to obey the summons. Respondent did not appear at the November 30, 2006 hearing and did not file an opposition. The court thereafter recommended that the summons be enforced and plaintiff be ordered to appear and produce documents in accordance with the summons. On December 20,

2006, the district court ordered respondent to appear at the IRS offices within twenty-one days or as set by revenue officer Palmer.  Respondent appeared on January 25, 2007, but did not comply with the order requiring him to provide testimony or produce documents.  The government then filed the instant petition seeking an order to show cause why respondent should not be adjudged in civil contempt.

At the hearing, respondent was informed that he would be given one last opportunity to comply with the summons.

Accordingly, IT IS ORDERED that: Lawrence Ing, Jr. shall appear on April 18, 2007, at 9:00 a.m., in courtroom #24 to comply with the IRS summons by providing testimony under oath and producing documents requested in the summons.  Respondent is warned all documents in his actual or constructive possession must be produced, and that any frivolous invocation of the Fifth Amendment will result in sanctions.  Failure to comply with this order will result in a recommendation of civil contempt and sanctions.

DATED: 4/3/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
USIng106.IRS.wpd